ANTHONY PATRICK, as Administrator of the Estate of JOSEPH VILKUS, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, Impleaded with Another.

*Patrick* v. *Atlas Knitting Co.*, 170 App. Div. 943, affirmed.
(Argued March 26, 1917; decided April 17, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered September 29, 1915, affirming a judgment in favor of defendant, appellant, entered upon a dismissal of the complaint as to it by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant. The complaint alleged that while plaintiff's intestate was in the employ of the defendant Atlas Knitting Company, and was engaged in the performance of his duties and was lawfully crossing the defendant railroad company's tracks over a crossing negligently constructed and maintained by defendants leading from the main entrance of the Atlas Knitting Company's mill and across the railroad company's four tracks, he was struck by one of the defendant railroad company's limited trains, which was running without giving any warning and at an excessive rate of speed, and killed.

*James A. Leary* for appellant.

*Robert E. Whalen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.